United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH ANTHONY STAFFORD,

Plaintiff,

v.

SSA COMMISSIONER, et al.,

Defendants.

Case No. 26-cv-06938-TLT

**ORDER GRANTING STIPULATION FOR VOLUNTARY REMAND**

Re: Dkt. No. 15

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on November 3, 2026.

ECF 11 was filed in error. ECF 12. The stipulation for an extension of time is MOOT. ECF 14.

JUDGMENT is entered for Plaintiff, and this case is closed.

This order resolves ECF 11, 12, 14, 15.

IT IS SO ORDERED.

Dated: November 3, 2026

TRINA L. THOMPSON
United States District Judge